# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**HOBART B. E. DRAKE, SR. ,**

    **Plaintiff,**

v.                                                              **Case No: 5:14-cv-691-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

This matter is before the Court on a variety of motions and other filings by Plaintiff in this appeal of the Commissioner of Social Security's final decision denying his application for benefits. In these various motions, Plaintiff seeks clarification regarding the memorandum that he is required to file and an extension of time to do so; but, he also filed a document that purports to be his memorandum. (Doc. 29). Plaintiff also requests a copy of the administrative record or the opportunity to conduct discovery.

Upon due consideration, Plaintiff's motions (Docs. 21, 22, 23, 25, 26, 27, 28) are **GRANTED** in part as follows, and otherwise **DENIED**. For purposes of clarification, the memorandum is Plaintiff's opportunity to identify the errors that he believes the Commissioner made in the underlying administrative proceedings, with citations to the administrative record and legal authority. That means, Plaintiff will identify specific mistakes that the Administrative Law Judge made in his or her decision denying his benefits. On or before **December 11, 2015**, the Commissioner shall provide Plaintiff with a copy of the administrative record. On or before **December 30, 2015**, Plaintiff shall file his memorandum.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on November 24, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties