# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**HOBART B.E. DRAKE, SR.,**
      Plaintiff,

v.                                        Case No: 5:14-cv-691-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**
      Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Hobart B.E. Drake, Sr.'s appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") after proceedings before an Administrative Law Judge ("ALJ").[1] On June 12, 2013, Drake filed an untimely request for review of the ALJ's decision with the Appeals Council. (*See* Doc. 18 at 13-14.) Subsequently, on June 17, 2016, Magistrate Philip R. Lammens issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 53), to which Drake filed objections (Docs. 59, 60, 63). The Commissioner did not file a response to Drake's objections.

After de novo review of the record in this case, the Court agrees with the Appeals Council's dismissal of Drake's untimely request for review. The Appeals Council's decision and finding that Drake did not demonstrate good cause for his untimely request for review was not unreasonable, arbitrary, or an abuse of discretion.

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 18.)

Additionally, Drake has filed numerous motions since entry of the Report and Recommendation, wherein he mostly restates requests, arguments, and alleged facts that he has previously presented to the Court. Drake is not precluded from seeking legal counsel in his efforts to better understand his case; however, it is not the role of the Court to provide Drake with such counsel. As Drake fails to sufficiently aver grounds for relief, his pending motions (Docs. 54-58, 61, 64-66) will be denied.

After de novo review of the portions of the Report and Recommendation to which Drake objected and the pending motions in this case, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 53) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. Drake's pending motions (Docs. 54-58, 61, 64-66) are **DENIED**.

4. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on this ___13___ day of July, 2016.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties